LUBERWITZ, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Samuel Luberwitz against Daniel Friedman.

PER CURIAM. Under the proofs in this case, the sole question to be submitted to the jury was whether the defendant master was in

good faith actually dissatisfied with the services of the plaintiff servant, at the time of the discharge in question. As the issue was not submitted to the jury on this theory, the judgment and order are reversed, and a new trial granted, costs to abide the event.